1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12  OSCAR NELSON GUZMAN,            )     No. CV 08-6021-TJH(CW)
                                   )
13                 Petitioner,     )     JUDGMENT
                                   )
14         v.                      )
                                   )
15  MICHAEL MUKASEY, et al.,       )
                                   )
16                 Respondents.    )
    _____)
17
18
19      **IT IS ADJUDGED** that this petition is dismissed as moot.
20
21  DATED:   _11/24/08_
22                              _____
23                              TERRY J. HATTER, JR.
                                United States District Judge
24
25
26
27
28